This court received a petition for mandamus filed by relator, Rodney A. Hicks, on February 2, 1999. 6th Dist.Loc.App.R. 6 provides, in pertinent part: "An original action, other than habeas corpus, shall be instituted by the filing of an original and three copies of a complaint. The petitioner or relatorshall also file a praecipe directing the clerk of the court ofappeals to serve a copy of the complaint on each other party atthe addresses listed in the praecipe." (Emphasis added). No praecipe was filed by relator. Accordingly, this court orders that the petition for mandamus is dismissed for failure to comply with 6th Dist.Loc.App.R. 6. Costs assessed to relator.
PETITION DISMISSED.
Peter M. Handwork, P. J. ------------------------- JUDGE James R. Sherck, J. ------------------------- JUDGE Richard W. Knepper, J. CONCUR. ------------------------- JUDGE